AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

MELISSA JONES, PLAINTIFF

v.

FLYING J, INC.,
  DEFENDANT.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07CV273-WKW

TO: (Name and address of defendant)

Flying J, Inc.
c/o CSC - Lawyers Incorp Svcs
150 S. Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ADAM MOREL, ESQ.
517 Beacon Pkwy W
BHAM, AL 35209
(205) 252-8841

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK

DATE 4-3-07