| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  D Brown   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  D Brown<br>C. Date of Delivery  4/4/07 |
| 1. Article Addressed to:<br><br>FLYING J, INC.<br>C/O CSC - LAWYERS INCORP SVCS<br>150 S. PERRY ST.<br>MONTGOMERY, AL 36104<br><br>07-273 S+C | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2150 0002 1619 8285 |

PS Form 3811, February 2004    Domestic Return Receipt    02595-02-M-1540