UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MILISSA JONES, | * |
| | * |
| Plaintiff, | * |
| | * |
| versus | *   CASE NO: 2:07cv273-WKW |
| | * |
| FLYING J, INC. | * |
| | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW Audrey Y. Dupont, a member of the Bar of this Court and an attorney of record for Defendant, Flying J Inc., and moves this Honorable Court to admit attorney Robert B. Worley, Jr., as counsel *pro hac vice* for the limited purpose of representing the above Defendant in this lawsuit. In support of this motion, movant represents the following under oath:

1.      Robert B. Worley, Jr. resides at 1006 State Street, New Orleans, Louisiana 70118.

2.      He is a partner with the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.  His business address is 201 St. Charles Avenue, New Orleans, Louisiana 70170-5100, telephone (504) 582-8000.

3.      Mr. Worley graduated from Tulane University in New Orleans, Louisiana in 1985 with a Juris Doctor degree. He was admitted to the following Bars on the dates indicated:

| | | |
|---|---|---|
| (a) | Louisiana Supreme Court (La. Bar Number 17212) | 1985 |
| (b) | Texas Supreme Court (#24038345) | 2003 |
| (c) | United States Supreme Court | 1999 |
| (d) | USDC for the Eastern District of Louisiana | 1985 |
| (e) | USDC for the Middle District of Louisiana | 1986 |

|      |                                                              |      |
|------|--------------------------------------------------------------|------|
| (f)  | USDC for the Western District of Louisiana                   | 1988 |
| (g)  | USDC for the Eastern District of Arkansas                    | 1996 |
| (h)  | USDC for the Western District of Arkansas                    | 1996 |
| (i)  | USDC for the Central District of Illinois                    | 1997 |
| (j)  | USDC for the Southern District of Texas                      | 2001 |
| (k)  | USDC for the Eastern District of Texas                       | 2001 |
| (l)  | USDC for the Western District of Texas                       | 2006 |
| (m)  | USDC for the Northern Div., Eastern District of Michigan     | 2006 |
| (n)  | USDC for the Northern District of Florida                    | 2006 |
| (o)  | United States Court of Appeals for the Fourth Circuit        | 1990 |
| (p)  | United States Court of Appeals for the Fifth Circuit         | 1990 |
| (q)  | United States Court of Appeals for the Sixth Circuit         | 1996 |
| (r)  | United States Court of Appeals for the Seventh Circuit       | 1997 |
| (s)  | United States Court of Appeals for the Eleventh Circuit      | 1998 |
| (t)  | United States Court of Appeals for the Eighth Circuit        | 1999 |

4.      He has never been suspended, disbarred, or disciplined in any court where he has been admitted.

5.      Attached is a Certificate of Good Standing from the Supreme Court of Louisiana.

6.      He does not reside in the Middle District of Alabama, he is not regularly employed in the district, and he is not regularly engaged in the practice of law in the district.

7.      Mr. Worley further agrees to be subject to the jurisdiction and rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted,

/s/ Audrey Y. Dupont
Audrey Y. Dupont
Attorney for Defendant Flying J, Inc.

**OF COUNSEL**
**Maynard, Cooper & Gale, P.C.**
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205) 254-1096
Facsimile: (205) 254-1999
Email: adupont@maynardcooper.com

CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.


Adam P. Morel
Attorney for Plaintiff
517 Beacon Parkway West
Birmingham, Alabama 35205


Robert B. Worley, Jr. (La. Bar No. 17212)
**Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
Email: rworley@joneswalker.com
***Counsel for Defendant Flying J, Inc.***


/s/ Audrey Y. Dupont
OF COUNSEL

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of

Louisiana, do hereby certify that

### ROBERT BRUCE WORLEY, JR. ESQ., #17212

was duly admitted and licensed to practice as an attorney and counselor at law in this Court

and the several courts of the State of Louisiana, on the 11th Day of October, 1985 A.D.; and

is currently in good standing, and sufficiently qualified to perform the duties of an attorney

and counselor at law.

IN WITNESS WHEREOF, I hereunto sign

my name and affix the seal of this Court,

at the City of New Orleans, this the 18th

Day of April, 2007, A.D.

Clerk of Court
Supreme Court of Louisiana

✎AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

| Eastern | **DISTRICT OF** | Louisiana |
|---|---|---|

### CERTIFICATE OF
### GOOD STANDING

*I,* _____ Loretta G. Whyte _____ , *Clerk of this Court,*

*certify that* _____ Robert B. Worley, Jr. _____ , *Bar #* _____ 17212 _____ ,

*was duly admitted to practice in this Court on*

_____ 11/20/1985 _____ , *and is in good standing*
                    DATE

*as a member of the Bar of this Court.*

*Dated at* _____ New Orleans, Louisiana _____ *on* _____ 05/01/2007 _____ .
                    LOCATION                              DATE

Loretta G. Whyte
_____          _____
CLERK                                      DEPUTY CLERK