UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MILISSA JONES, | * |
| | * |
| Plaintiff, | * |
| | * |
| versus | *   CASE NO: 2:07cv273-WKW |
| | * |
| FLYING J, INC. | * |
| | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW Audrey Y. Dupont, a member of the Bar of this Court and an attorney of record for Defendant, Flying J Inc., and moves this Honorable Court to admit attorney Olivia S. Regard as counsel *pro hac vice* for the limited purpose of representing the above Defendant in this lawsuit. In support of this motion, movant represents the following under oath:

1.  Olivia S. Regard resides at 505 Kings Cove Circle, Lafayette, Louisiana 70508.

2.  She is an associate with the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P. Her business address is 500 Dover Boulevard, Suite 120, Lafayette, Louisiana 70503, telephone (337) 406-5613.

3.  Ms. Regard graduated from Louisiana State University in Baton Rouge, Louisiana in 2000 with a Juris Doctor degree. She was admitted to the following Bars on the dates indicated:

    | | | |
    |---|---|---|
    | (a) | Louisiana Supreme Court (La. Bar Number 27114) | 2000 |
    | (b) | USDC for the Eastern District of Louisiana | 2000 |
    | (c) | USDC for the Middle District of Louisiana | 2000 |
    | (d) | USDC for the Western District of Louisiana | 2000 |

  4.  She has never been suspended, disbarred, or disciplined in any court where she has been admitted.

  5.  Attached is a Certificate of Good Standing from the Supreme Court of Louisiana.

  6.  She does not reside in the Middle District of Alabama, she is not regularly employed in the district, and she is not regularly engaged in the practice of law in the district.

  7.  Ms. Regard further agrees to be subject to the jurisdiction and rules of the United States District Court for the Middle District of Alabama.

            Respectfully submitted,

            /s/ Audrey Y. Dupont
            Audrey Y. Dupont
            Attorney for Defendant Flying J, Inc.

**OF COUNSEL**
**Maynard, Cooper & Gale, P.C.**
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205) 254-1096
Facsimile: (205) 254-1999
Email: adupont@maynardcooper.com

CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.


Adam P. Morel
Attorney for Plaintiff
517 Beacon Parkway West
Birmingham, Alabama 35205

Robert B. Worley, Jr. (La. Bar No. 17212)
**Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
Email: rworley@joneswalker.com
***Counsel for Defendant Flying J, Inc.***

/s/ Audrey Y. Dupont
OF COUNSEL

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**OLIVIA S. REGARD, ESQ., #27114**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 6th Day of October, 2000 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 13th Day of April, 2007, A.D.

Clerk of Court
Supreme Court of Louisiana

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

___Eastern___ **DISTRICT OF** ___Louisiana___

**CERTIFICATE OF
GOOD STANDING**

I, _____Loretta G. Whyte_____, *Clerk of this Court,*

certify that ___OLIVIA S. REGARD___, *Bar #* ___27114___,

was duly admitted to practice in this Court on

___11/3/2000___, *and is in good standing*
DATE

as a member of the Bar of this Court.

Dated at ___New Orleans, Louisiana___ on ___02/27/2007___.
LOCATION                                          DATE

Loretta G. Whyte
CLERK

[signature]
DEPUTY CLERK