IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MILISSA JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-273-WKW |
| | ) |
| FLYING J, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Motion for Olivia S. Regard to Appear Pro Hac Vice (Doc. # 8) filed on April 25, 2007, it is ORDERED that the motion is GRANTED.

DONE this 27th day of April, 2007.

                                        /s/  W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE