UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MILISSA JONES,** | * |
| | * |
|    **Plaintiff,** | * |
| | * |
| **versus** | *   CASE NO: 2:07 CV273-WKW |
| | * |
| **FLYING J, INC.** | * |
| | * |
|    **Defendant**. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Flying J Inc., non-governmental corporate party, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states the following:

The parent company of Defendant, Flying J Inc., is Flying J Corp. There are no subsidiaries that are not wholly owned by Flying J Inc. No publicly held company owns 10% or more of stock in Flying J Inc.

                                                          Respectfully submitted,

                                                          /s/ Audrey Y. Dupont_____
                                                          Audrey Y. Dupont

                                                          One of the Attorneys for Flying J, Inc.
                                                          **Maynard Cooper & Gale, P.C.**
                                                          1901 Sixth Avenue North
                                                          2400 AmSouth/Harbert Plaza
                                                          Birmingham, Alabama 35203
                                                          Telephone: (205) 254-1096
                                                          Facsimile: (205) 254-1999
                                                          Email: cmiller@maynardcooper.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

Attorney for Plaintiff,
Adam Morel
517 Beacon Parkway West
Birmingham, AL 85205

                                        /s/ Audrey Y. Dupont_____

                                        Of Counsel