**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 8, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Milissa Jones v. Flying J, Inc.**
**Case Number: 2:07-cv-273-WKW**

**Pleadings : #7 & #8 - Motions to Appear Pro Vac Vice**

**Notice of Correction is being filed this date to advise that the referenced pleadings were e-filed on 4/27/2007 with unacceptable Certificates of Good Standing attached.**

**The Certificates of Good Standing from USDC, Eastern District of Louisiana are attached to this notice.**

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

_____Eastern_____ **DISTRICT OF** _____Louisiana_____

**CERTIFICATE OF
GOOD STANDING**

I, _____Loretta G. Whyte_____, *Clerk of this Court,*

certify that _____OLIVIA S. REGARD_____, *Bar #* _____27114_____,

*was duly admitted to practice in this Court on*

_____11/3/2000_____, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at _____New Orleans, Louisiana_____ on _____02/27/2007_____.
LOCATION                              DATE


Loretta G. Whyte
CLERK

*[signature]*
DEPUTY CLERK

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern     **DISTRICT OF**     Louisiana

**CERTIFICATE OF
GOOD STANDING**

*I,* _____ Loretta G. Whyte _____ , *Clerk of this Court,*

*certify that* _____ Robert B. Worley, Jr. _____ , *Bar #* _____ 17212 _____ ,

*was duly admitted to practice in this Court on*

_____ 11/20/1985 _____ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____ New Orleans, Louisiana _____ *on* _____ 05/01/2007 _____ .
LOCATION                                    DATE

Loretta G. Whyte
CLERK                                  DEPUTY CLERK