## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **MILISSA JONES** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 2:07 CV273-WKW |
| | ) | |
| **FLYING J, INC.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. **Appearances:**

    Pursuant to Fed. R. Civ. P. 26(f), a telephonic meeting of the Parties' representatives was held on May 10th, 2007:

    a.   Appearing on behalf of Plaintiff: Adam P. Morel.

    b.   Appearing on behalf of Defendant: Olivia Regard.

2. **Synopsis of Case:**

    The plaintiff, brings this action under Title VII of the Civil Rights Act of 1964, alleging that the Defendant discriminated against her on the basis of gender. She states claims of hostile work environment and retaliation/unlawful termination. The Defendant denies it acted unlawfully and adopts the affirmative defenses set forth in its Answer.

3. **Addition of Parties:**

   a. Plaintiff shall have until June 15, 2007, to join any additional parties without leave of court.

   b. Defendant shall have until July 13, 2007, to join any additional parties without leave of court.

4. **Amendment of Pleadings:**

   a. Plaintiff shall have until June 15, 2007, to amend pleadings without leave of Court.

   b. Defendant shall have until July 13, 2007, to amend pleadings without leave of Court.

5. **Discovery Limitations and Cutoffs:**

   a. Pre-discovery disclosure: The parties shall exchange the information required by Local Rule 26.1(a)(1) by May 24, 2007.

   b. All discovery must be commenced in time to be completed by November 16, 2007.

   c. Unless modified by written and filed Stipulation of the Parties:

      i. Depositions:

         Maximum of eight (8) depositions for the Plaintiff and eight (8) depositions for the Defendant, with a maximum time limit of seven (7) hours per deposition.

      ii. Interrogatories:

         Maximum of twenty-five (25) interrogatories shall be allowed by each party, with responses due within 30 days after service.

      iii.    Requests for Admission:

           Maximum of ten (10) requests for admission shall be allowed by each party, with responses due within 30 days after service.

      iv.    Requests for Production:

           Maximum of twenty-five (25) requests for production shall be allowed by each party, with responses due within 30 days after service.

      v.    Supplementation:

           Supplementation of disclosures under Rule 26(e), Fed. R. Civ. P., is due thirty (30) days before the close of discovery, or as soon as practicable after discovery of the need for supplementation.

6.    **Expert Testimony:**

The disclosure of expert witnesses, including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert, are due:

    a.    From the Plaintiff:    July 13, 2007.

    b.    From the Defendant:    August 17, 2007.

7.    **Class Certification Motions:**

Not applicable.

8.    **Dispositive Motions:**

All potentially dispositive motions must be filed by December 17, 2007.

9.    **Pre-Trial Conference:**

The parties request a pre-trial conference in June, 2008.

10. **Trial:**

   The parties request this case be set for trial during this Court's trial docket beginning July 28, 2008. The trial of this case will take approximately three (3) days, including jury selection.

11. **Final Lists:**

   Final lists of trial witnesses and exhibits under Rule 26(a)(3), Fed.R.Civ.P., must be served and filed:

   a.   By the Plaintiff:       30 days prior to the trial date.

   b.   By the Defendants:      30 days prior to the trial date.

   Objections are to be filed within 10 days after receipt of final lists of trial witnesses and exhibits.

12. **Scheduling Conference:**

   The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

13. **Settlement/Mediation:**

   The Parties agree that settlement discussions would be premature until discovery is completed.

Submitted this 10th day of May, 2007.

                ATTORNEY FOR PLAINTIFF:

                /s Adam P. Morel
                Adam P. Morel
                LAW OFFICES OF ADAM MOREL, LLC
                517 Beacon Parkway West
                Birmingham, Alabama 35209

ATTORNEY FOR DEFENDANT:


/s Olivia Regard
Olivia Regard
Jones, Walker, Waechter,
   Poitevent, Carrere & Denegre
500 Dover Boulevard, Suite 120
Lafayette, Louisiana 70503
phone: (337)406-5613
fax: (337)406-5620