## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **MILISSA JONES** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 2:07 CV273-WKW |
| | ) | |
| **FLYING J, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

### CONFLICT DISCLOSURE STATEMENT

The Plaintiff, Milissa Jones, makes the following disclosure pursuant to FRCP 7.1 and Middle District of Alabama General Order No. 3047:

1. This party is an individual.

       Respectfully submitted,


       s/*Adam P. Morel*
       Adam P. Morel
       **ATTORNEY FOR THE PLAINTIFF**


**OF COUNSEL:**

**LAW OFFICES OF ADAM MOREL, L.L.C.**
517 Beacon Parkway
Birmingham, AL 35209
*Telephone:  (205) 252-8841*
*Facsimile:  (205) 252-3727*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing has been served via electronic filing to:

    All Attorneys of Record

This the 18th day of December, 2007.

                                      *s/Adam P. Morel*
                                      **OF COUNSEL**