IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MILISSA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-00273-WKW |
| | ) | |
| FLYING J, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the plaintiff's Unopposed Motion to Extend (Doc. # 20), it is ORDERED that the motion is GRANTED. The deadline for the plaintiff's response is EXTENDED from January 7, 2008, to **January 14, 2008.** The defendant may file a reply brief **on or before January 28, 2008.**

DONE this 4th day of January, 2008.

                                                   /s/   W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE