### UNITED STATES DISTRICT COURT
### IN THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **MILISSA JONES,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **versus** | * | **CASE NO: 2:07CV273-WKW** |
| | * | |
| **FLYING J, INC.** | * | |
| | * | |
| **Defendant**. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

### MOTION AND INCORPORATE BRIEF IN SUPPORT FOR EXTENSION OF TIME TO CONDUCT SETTLEMENT CONFERENCE

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Flying J Inc., and Plaintiff, Milissa Jones, who move this court jointly for additional time in which to conduct a settlement conference.

Section 3 of this Court's Uniform Scheduling Order signed May 16, 2007, requires that counsel for all parties conduct a face to face settlement conference on or before April 15, 2008.  In light of the current status of this case, parties believe an additional 30 days, or until May 15, 2008, is needed to conduct meaningful settlement negotiations or determine whether mediation will assist the parties in resolving this matter short of a trial on the merits.

WHEREFORE, Defendant, Flying J Inc., and Plaintiff, Milissa Jones, move this court for an additional 30 days in which to conduct a settlement conference.

Respectfully submitted,

  /s/Olivia S. Regard
Olivia S. Regard (La. Bar No. 27114)
**Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.**
500 Dover Boulevard, Ste. 120
Lafayette, Louisiana  70503
Telephone:  (337) 406-5613
Facsimile:  (337) 406-5620
Email:  oregard@joneswalker.com

and

Robert B. Worley, Jr. (La. Bar No. 17212)
**Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:   (504) 582-8015
Email: rworley@joneswalker.com

and

Carole G. Miller
Audrey Dupont
**Maynard Cooper & Gale, P.C.**
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205) 254-1096
Facsimile: (205) 254-1999
Email: cmiller@maynardcooper.com

*Counsel for Defendant, Flying J Inc.*

  /s/Adam P. Morel
Adam P. Morel
**Law Offices of Adam P. Morel**
517 Beacon Parkway West
Birmingham, AL 35209
Telephone: (205) 252-8841
Facsimile: (205) 252-3727

*Counsel for Plaintiff, Milissa Jones*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system.

/s/Olivia S. Regard
Olivia S. Regard

UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MILISSA JONES,                    *
                                  *
        Plaintiff,                *
                                  *
versus                            *        CASE NO: 2:07CV273-WKW
                                  *
FLYING J, INC.                    *
                                  *
        Defendant.                *
                                  *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

ORDER

Considering the foregoing Motion for Extension of Time Regarding Settlement Conference;

IT IS HEREBY ORDERED that the Motion for Extension of Time Regarding Settlement Conference is GRANTED and parties are hereby given an additional thirty (30) days or until May 15, 2008 is to conduct meaningful settlement negotiations or determine whether mediation will assist the parties in resolving this matter short of a trial on the merits.

SIGNED this _____ day of April, 2008.


_____
UNITED STATES DISTRICT JUDGE

{L0036759.1}