IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MILISSA JONES,           ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.            ) | CASE NO. 2:07-cv-00273-WKW |
| ) | |
| FLYING J, INC.,          ) | |
| ) | |
| Defendant.       ) | |

## **ORDER**

Upon consideration of the parties joint Motion for Extension of Time to Conduct Settlement Conference (Doc. # 25), it is ORDERED that the motion is GRANTED. The deadline for the plaintiff's notice is CONTINUED from April 15, 2008, to **May 15, 2008.**

DONE this 17th day of April, 2008.

                                             /s/   W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE