IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MILISSA JONES** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 2:07 CV273-WKW |
| | ) | |
| **FLYING J, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to the Court's Uniform Scheduling Order, the Plaintiff notifies the Court that on May 15, 2008, counsel for the parties conducted a good faith, face-to-face settlement conference in which settlement was not reached. Further, given the present posture of the case, the parties do not believe mediation will assist them in settlement at this time.

Respectfully submitted,

*s/Adam P. Morel*
Adam P. Morel
**ATTORNEY FOR THE PLAINTIFF**

**OF COUNSEL**:

**LAW OFFICES OF ADAM MOREL, LLC**
517 Beacon Parkway West
Birmingham, AL  35209
*Telephone:  (205) 252-8841*
*Facsimile:  (205) 252-3727*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served via electronic and/or United States Mail, properly addressed and postage prepaid to:

All Attorneys of Record

This the 15th day of May, 2008.

*s/Adam P. Morel*
**OF COUNSEL**