UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MILISSA JONES,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| versus | * | CASE NO: 2:07 CV273-WKW |
| | * | |
| **FLYING J, INC.** | * | |
| | * | |
| **Defendant**. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes, Defendant, Flying J Inc. ("Flying J"), and submits the following witness list:

1. Keith Staples
   Flying J, Inc.
   1025 Buck Snort Road
   Jackson, Georgia  30233
   (770) 775-0138

2. Kerry Lake
   Flying J, Inc.
   9510 Greenwood Road
   Greenwood, Louisiana  71033
   (318) 938-7744

3. Jerry Beckman
   Flying J, Inc.
   1104 Country Hills Drive
   Ogden, Utah  84403
   (801) 624-1544

4. Michael Walton
   Flying J, Inc.
   9510 Greenwood Road
   Greenwood, Louisiana  71033
   (318) 938-7744

{L0036635.1}

5.  Gary Jones
    Flying J, Inc.
    800 Watt Road
    Knoxville, Tennessee  37932
    865-531-7400

6.  Marzet Thomas
    Flying J, Inc.
    900 Tyson Road
    Hope Hull, Alabama  36043
    334-613-0212

7.  Ralph Garrard, MD
    Physicians for Women
    287 Mitylene Park Drive
    Montgomery, Alabama  36117
    (334) 290-4200

8.  Chris Bone
    201 Presidents Circle
    Room 201
    Salt Lake City, Utah  34112
    801-581-8365

9.  Kelly Lowrey
    Flying J, Inc.
    1104 Country Hills Drive
    Ogden, Utah 84403|
    801.624.1260

10. Kathy Wood
    Flying J
    Payroll Manager
    1104 Country Hills Drive
    Ogden, Utah 84403|
    801.624.1260

Respectfully submitted,

  /s/Olivia S. Regard
Olivia S. Regard (La. Bar No. 27114)
**Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.**
500 Dover Boulevard, Ste. 120
Lafayette, Louisiana  70503
Telephone:  (337) 406-5613
Facsimile:  (337) 406-5620
Email:  oregard@joneswalker.com

and

Robert B. Worley, Jr. (La. Bar No. 17212)
**Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:   (504) 582-8015
Email:  rworley@joneswalker.com

and

Carole G. Miller
**Maynard Cooper & Gale, P.C.**
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205) 254-1096
Facsimile: (205) 254-1999
Email: cmiller@maynardcooper.com

*Counsel for Defendant, Flying J Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon counsel of record for all parties via electronic mail, PDF format, this 9th day of June, 2008.

  /s/Olivia S. Regard

{L0036635.1}