UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MILISSA JONES, | * |
| | * |
|    Plaintiff, | * |
| | * |
| versus | *   CASE NO: 2:07 CV273-WKW |
| | * |
| FLYING J, INC. | * |
| | * |
|    Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, comes, Defendant, Flying J Inc. ("Flying J"), and submits the following exhibit list:

1. Employee Termination Form of Plaintiff (FJ 0118);

2. Plaintiff's Acknowledgement of Receipt of Employee Handbook (FJ 0107);

3. Flying J Inc. Retail/Interstate Operations Employee Handbook (FJ 0120-0154);

4. Plaintiff's Medical Records, Ralph Garrard, MD (FJ 0731-0753);

5. Plaintiff's Medical Records, Humana Military Health Care Services (FJ 754-755);

6. Plaintiff's Charge of Discrimination, dated May 9, 2006 (FJ 0001-0004);

7. Plaintiff's Correspondence to Flying J, dated April 14, 2006 (FJ 0105)

8. Plaintiff's Correspondence to Flying J, dated April 20, 2006 (FJ 0109);

9. Chart of Manager's Schedule prepared by Keith Staples (FJ 0155-0156);

10. Chart of C-Store Employees Terminated for Excessive Absenteeism, Tyson, Al. (FJ 0157);

11. Employee Termination Form of Laquisha Magee (FJ 0182);

12. Time Cards of Laquisha Magee (FJ 0805-0815);

13. Employee Termination Form of Bernice Beard (FJ 0311);

14. Time Cards of Bernice Beard (FJ 0321-0326);

15. Employee Termination Form of Tenesha Means (FJ 0853);

16. Time Cards of Tenesha Means (FJ 00816-0826);

17. Employee Termination Form of Angela Nichols (FJ 0494);

18. Time Cards of Angela Nichols (FJ 0503-0520);

19. Employee Termination Form of Dominique Stowes (FJ 0854);

20. Time Cards of Dominique Stowes (FJ 0845-0852);

21. Employee Termination Form of Erica Rudolph (FJ 0855);

22. Time Cards of Erica Rudolph (FJ 0838-0844);

23. Employee Termination Form of Pamela Holcomb (FJ 00856);

24. Time Cards of Pamela Holcomb (FJ 0827-0837;

25. Employee Termination Form of Ginnifer Wyatt (FJ 0756);

26. Time Cards of Ginnifer Wyatt (FJ 0648-0652);

27. Employee Termination Form of Sandrella Yelder (FJ 0757);

28. Time Cards of Sandrella Yelder (FJ 0289-0294);

29. Plaintiff's Work Schedule Record prepared by Michael Walton (FJ 0115);

30. Email from Keith Staples to Jerry Beckman, dated April 21, 2006 (FJ 0111);

31. April 19, 2006 Statement of Keith Staples (FJ 0116);

32. April 21, 2006 Statement of Keith Staples (FJ 0112);

33. Correspondence from Kerry Lake to Jerry Beckman (FJ 0114);

34. Work Schedule for Travel Plaza Employees (FJ 0758-0804).

Respectfully submitted,

  /s/Olivia S. Regard
Olivia S. Regard (La. Bar No. 27114)
**Jones, Walker, Waechter, Poitevent,**
  **Carrère & Denègre, L.L.P.**
500 Dover Boulevard, Ste. 120
Lafayette, Louisiana  70503
Telephone:  (337) 406-5613
Facsimile:  (337) 406-5620
Email:  oregard@joneswalker.com

and

Robert B. Worley, Jr. (La. Bar No. 17212)
**Jones, Walker, Waechter, Poitevent,**
  **Carrère & Denègre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:   (504) 582-8015
Email:  rworley@joneswalker.com

and

Carole G. Miller
**Maynard Cooper & Gale, P.C.**
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205) 254-1096
Facsimile: (205) 254-1999
Email: cmiller@maynardcooper.com

*Counsel for Defendant, Flying J Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon counsel of record for all parties via electronic mail, PDF format, this 9th day of June, 2008.

  /s/Olivia S. Regard

{L0036643.1}