IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MILISSA JONES** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **2:07 CV273-WKW** |
| ) | |
| **FLYING J, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S WITNESS LIST

The Plaintiff submits the following witness list:

1. Milissa Jones - c/o plaintiff's counsel.

2. Tommy Jones - c/o plaintiff's counsel.

3. Keith Staples*

4. Kerry Lake*.

5. Kelly Lowrey*

6. Ralph Garrard, MD*

7. Chris Bone*

8. Jerry Beckman*

9. Michael Walton*

10. Chris Andrews
    Flying J, Inc.
    1104 Country Hills Drive
    Ogden, Utah 84403
    (801) 624-3071

11. Any person identified on Defendant's witness list.

12. Any witness needed for rebuttal who cannot be reasonable anticipated at this time.

*Address and phone number is listed in Defendant's Witness List.

                          Respectfully submitted,

                          *s/Adam P. Morel*
                          Adam P. Morel
                          **ATTORNEY FOR THE PLAINTIFF**

**OF COUNSEL**:

**LAW OFFICES OF ADAM MOREL, LLC**
517 Beacon Parkway West
Birmingham, AL  35209
*Telephone:  (205) 252-8841*
*Facsimile:  (205) 252-3727*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served via electronic and/or United States Mail, properly addressed and postage prepaid to:

All Attorneys of Record

This the 9th day of June, 2008.

*s/Adam P. Morel*
**OF COUNSEL**