IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MILISSA JONES** | ) | |
| | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 2:07 CV273-WKW |
| | ) | |
| **FLYING J, INC.** | ) | |
| | ) | |
|     **Defendant.** | ) | |

## PLAINTIFF'S EXHIBIT LIST

The Plaintiff submits the following exhibit list:

1. Exhibits 1-19 of Deposition of Keith Staples.

2. Defendant's Response to EEOC Charge with exhibits thereto.

3. Plaintiff's correspondence to Defendant, dated March 30, 2006.

4. Plaintiff's correspondence to Defendant, dated April 6, 2006.

5. Plaintiff's correspondence to Defendant, dated April 20, 2006.

6. Lowrey correspondence to Plaintiff's counsel, dated April 6, 2006.

7. Lowrey correspondence to Plaintiff's counsel, dated April 14, 2006.

8. Lake memo to Bone, dated April 6, 2006.

9. Bone e-mail to McMillan, dated April 7, 2006.

10. Beckman email to McMillan, dated April 11, 2006.

11. Staples handwritten note dated April 19, 2005.

12. Staples handwritten note dated April 21, 2006.

13. Jones handwritten note dated April 21, 2006.

14. Schedule for pay period 2/26/06 - 3/11/06.

15. Beckman email to Lowrey, dated April 21, 2006, 10:08 a.m. and thread.

16. Beckman email to Lowrey, dated April 21, 2006, 9:59 a.m. and thread.

17. Brown memo, dated January 5, 2006.

18. Employee Termination Form for Butch Jacobs

19. Lake correspondence to Beckman (FJ 0114)

20. Walton handwritten schedule for Jones and notes.

21. Interview Forms re: Jones/Jacobs investigation (FJ 0069-0093).

22. Employee Termination Form for Milissa Jones.

23. Retail/Interstate Operations Employee Handbook

24. Defendant's Initial Disclosures.

25. Plaintiff's medical records, Ralph Garrard, MD.

26. Plaintiff's medical records, Humana Military Health Care Services.

27. Personnel file of Shamarra Bethel.

28. Personnel file of Stephanie Crenshaw.

29. Personnel file of Ledra Carter.

30. Personnel file of Chena Exford.

31. Personnel file of Brenda Gardner.

32. Personnel file of Balinda Marshall.

33. Personnel file of Latoya Perryman.

34. Personnel file of Dellmarshall Pettway.

35. Personnel file of Darlene Sellers.

36. Personnel file of Connosia Wright.

37. Flying J Job Posting on Monster.com, Ref. Code 120406 Montgomery

38. Any exhibit needed for impeachment.

Respectfully submitted,

*s/Adam P. Morel*
Adam P. Morel
**ATTORNEY FOR THE PLAINTIFF**

**OF COUNSEL**:

**LAW OFFICES OF ADAM MOREL, LLC**
517 Beacon Parkway West
Birmingham, AL  35209
*Telephone:  (205) 252-8841*
*Facsimile:  (205) 252-3727*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served via electronic and/or United States Mail, properly addressed and postage prepaid to:

All Attorneys of Record

This the 9th day of June, 2008.

*s/Adam P. Morel*
**OF COUNSEL**