UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MILISSA JONES, | * |
| | * |
| Plaintiff, | * |
| | * |
| versus | *   CASE NO: 2:07 CV273-WKW |
| | * |
| FLYING J, INC. | * |
| | * |
| Defendant. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * *

## SUPPLEMENTAL STIPULATIONS

NOW INTO COURT, through undersigned counsel, come Plaintiff Milissa Jones and Defendant, Flying J Inc., and respectfully submit the following factual stipulations:

   a.   Flying J hired Milissa Jones on December 8, 2005.

   b.   Flying J terminated Ms. Jones on April 21, 2006.

   c.   Flying J is an employer as defined by Title VII of the Civil Rights Act of 1964, as amended.

   d.   Upon being hired Ms. Jones received a Flying J employee handbook, entitled Retail/Interstate Operations Employee Handbook.

   e.   The Retail/Interstate Operations Employee Handbook contains Flying J's prohibition against harassment and discrimination.

   f.   On March 30, 2006, Ms. Jones' attorney, sent a letter of complaint to Flying J's General Counsel on Ms. Jones' behalf, reporting that Ms. Jones' supervisor, Butch Jacobs, had sexually harassed her.

g. On April 21ˢᵗ, Keith Staples discharged Ms. Jones stating the reason was excessive absenteeism.

| | |
|---|---|
|    /s/ Adam P. Morel<br>Adam P. Morel(Bar No.<br>Law Offices of Adam Morel, LLC<br>517 Beacon Parkway West<br>Birmingham, AL 35209-3107 |    /s/ Robert B. Worley, Jr.<br>Robert Worley, Jr. (LA. Bar No. 17212)<br>Jones, Walker, Waechter, Poitevent,<br>  Carrère & Denègre, L.L.P.<br>201 St. Charles Avenue, 47th Floor<br>New Orleans, Louisiana  70170-5100<br><br>And<br>Olivia Regard<br>Jones, Walker, Waechter, Poitevent,<br>  Carrère & Denègre, L.L.P.<br>500 Dover Boulevard, Suite 120<br>Lafayette, Louisiana 70503<br><br>And<br><br>Carole G. Miller<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, Alabama 35203 |