IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MILISSA JONES** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 2:07 CV273-WKW |
| | ) | |
| **FLYING J, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S PROPOSED SPECIAL INTERROGATORIES
TO THE JURY**

**1.    Do you find from a preponderance of the evidence:**

**A.**   That the Plaintiff, Milissa Jones, was subjected to retaliation by the Defendant?

Yes  _____        No  _____

**B.**   That the Plaintiff should be awarded damages to compensate her for a net loss of wages and benefits to the date of trial?

Yes  _____        No  _____

If your answer is "Yes," in what amount?

$_____

    **C.**    That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

        Yes _____        No _____

        If your answer is "Yes," in what amount?

        $_____

    **D.**    That a higher management official of the Defendant acted with malice or reckless indifference to the Plaintiff's federally protected rights?

        Yes _____        No _____

        i.    Only if your answer is "Yes" to D, what amount of punitive damages if any, should be assessed against the Defendant?

        $_____

SO SAY WE ALL.

                                        _____
                                        Foreperson

DATED: _____

        Respectfully submitted,


        */s/ Adam P. Morel*
        Adam P. Morel
        Attorney for Plaintiff

**OF COUNSEL:**

**LAW OFFICES OF ADAM MOREL, P.C.**
517 Beacon Parkway West
Birmingham, Alabama  35209
Phone:  (205) 252-8841
Fax:  (205) 252-3727
E-mail:  adam@morellawfirm.com


## CERTIFICATE OF SERVICE

     I hereby certify that on the 11th day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


        */s/ Adam P. Morel*
        OF COUNSEL