UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MILISSA JONES,** | * |
| **Plaintiff,** | * |
| versus | *  CASE NO: 2:07 CV273-WKW |
| **FLYING J, INC.** | * |
| **Defendant**. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VOIR DIRE QUESTIONS

1. As you sit there right now, do you have any impression or belief about which party should win this lawsuit?

2. Does anyone believe that because Plaintiff has brought this lawsuit to trial that Defendant must have done something wrong to prompt her into doing so?

3. Do you believe that companies tend to retaliate against employees who make complaints of sexual harassment against a supervisor?

4. Do you have any negative views of corporations in general (or truck stops in particular)?

5. Are you less trustful of management than the employees they supervise?

6. You will hear that Flying J and some of its representatives are based in Utah. Does this concern anyone or do you have any negative thoughts about that part of the country?

7. Do you sympathize with someone who reported alleged sexual harassment? Do you want to believe her claim of retaliation?

{L0037459.4}

8. You will hear that while Plaintiff was still employed at Flying J, her lawyer complained that she has been sexually harassed. The issue for you to decide is whether Plaintiff was retaliated against because a complaint was made, and you are not to decide whether she should receive money damages for the alleged sexual harassment itself. Can you agree to follow the instructions I will give you in that regard?

9. Have you ever filed an EEOC charge or employment-related lawsuit (or have any of your family members)?

10. Have you ever sat on a jury before? Civil or criminal? Was there a verdict? And if so, for whom?

11. Have you ever been to a Flying J Travel Plaza? If so, any bad experiences there?

12. Do any of you have unfavorable views of the court system? Have any of you had unpleasant professional experiences with lawyers (or the court system)?

13. Is there any reason why you would not want someone with your current mindset to sit on a jury when you were sued? Is there any other reason why you cannot through this trial?

14. Are you the member of any victims' rights organizations?

15. Are you more inclined to find against the Defendant because you believe it has the ability to pay a judgment?

16. Is anyone a member of a union? If so, have you ever filed a union grievance?

17. Have you ever been fired from a job or treated unfairly by your employer? How about other family members including your spouse?

18. Do you know any of these witnesses?

19. Do you know any of the attorneys? (Has their law firm ever represented you?)

20. Have you or your family members ever worked at Flying J? If so,

    a.  Who was employed by Flying J?

    b.  When was (s)he employed?

    c.  In what position was (s)he employed?

    d.  Does (s)he still work for Flying J?  If not, what is the reason?

  21. Have you ever made an internal complaint to your employer?  If so, do any of you believe you were mistreated as a result?

  22. You may hear that the Plaintiff was terminated while she was pregnant.  Although this is not a case of pregnancy discrimination would that testimony nevertheless cause you to be sympathetic to the Plaintiff?

          Respectfully submitted,

           s/Olivia S. Regard
          Olivia S. Regard (La. Bar No. 27114)
          **Jones, Walker, Waechter, Poitevent,**
           **Carrère & Denègre, L.L.P.**
          500 Dover Boulevard, Ste. 120
          Lafayette, Louisiana  70503
          Telephone:  (337) 406-5613
          Facsimile:  (337) 406-5620

          and

          Robert B. Worley, Jr. (La. Bar No. 17212)
          **Jones, Walker, Waechter, Poitevent,**
           **Carrère & Denègre, L.L.P.**
          201 St. Charles Avenue, 47th Floor
          New Orleans, Louisiana  70170-5100
          Telephone:  (504) 582-8000
          Facsimile:   (504) 582-8015

          and

{L0037459.4}

        Carole G. Miller
        **Maynard Cooper & Gale, P.C.**
        1901 Sixth Avenue North
        2400 AmSouth/Harbert Plaza
        Birmingham, Alabama 35203
        Telephone: (205) 254-1096
        Facsimile: (205) 254-1999

        *Counsel for Defendant, Flying J Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of July, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to all counsel of record by operation of the court's electronic filing system.

        _s/Olivia S. Regard_

{L0037459.4}