# UNITED STATES DISTRICT COURT
# IN THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **MILISSA JONES,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| versus | * | **CASE NO: 2:07 CV273-WKW** |
| | * | |
| **FLYING J, INC.** | * | |
| | * | |
| **Defendant**. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FLYING J INC.'S PROPOSED JURY VERDICT FORM

NOW INTO COURT, through undersigned counsel, comes Defendant, Flying J Inc. ("Flying J"), and proposes the attached Verdict Form for the July 28, 2008, trial of the caption matter.

Respectfully submitted,

  s/Olivia S. Regard
Olivia S. Regard (La. Bar No. 27114)
**Jones, Walker, Waechter, Poitevent,**
  **Carrère & Denègre, L.L.P.**
500 Dover Boulevard, Ste. 120
Lafayette, Louisiana  70503
Telephone:  (337) 406-5613
Facsimile:  (337) 406-5620
Email:  oregard@joneswalker.com

and

Robert B. Worley, Jr. (La. Bar No. 17212)
**Jones, Walker, Waechter, Poitevent,**
  **Carrère & Denègre, L.L.P.**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 582-8015
Email:  rworley@joneswalker.com

{L0037440.1}

       and

       Carole G. Miller
       Audrey Dupont
       **Maynard Cooper & Gale, P.C.**
       1901 Sixth Avenue North
       2400 AmSouth/Harbert Plaza
       Birmingham, Alabama 35203
       Telephone: (205) 254-1096
       Facsimile: (205) 254-1999
       Email: cmiller@maynardcooper.com

       *Counsel for Defendant, Flying J Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this \_\_\_\_ day of July, 2008, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of filing will be sent to all counsel of record by operation of the court's electronic filing system.

       s/Olivia S. Regard

{L0037440.1}

## DEFENDANT'S PROPOSED VERDICT FORM

1. Do you find that the Plaintiff proved by a preponderance of the evidence that Flying J retaliated against her because she complained of sexual harassment?

    _____                                                           _____
    NO                                                              YES

    If you answered "NO" to Question No. 1, skip the remaining questions, have the jury foreperson sign the form, and return to the courtroom.

    If you answered "yes" to Question No. 1, then proceed to Question No. 2.

2. Do you find that Plaintiff is entitled to compensatory damages?

    _____                                                           _____
    NO                                                              YES

    If you answered "yes to Question No. 2, then proceed to Question No. 3.

3. What amount of compensatory damages, if any, do you award to Plaintiff?

    $_____

4. If you answered "yes" to Question No. 1, then did Plaintiff prove by clear and convincing evidence that Flying J acted in a malicious fashion or with reckless indifference toward her?

    _____                                                           _____
    NO                                                              YES

    If you answered "NO" to Question No. 4, then please sign the form and return to the court room.

    If you answered "yes," to Question No. 4, then proceed to Question No. 5.

5. What amount of punitive damages do you award to Plaintiff?

    $_____

PLEASE SIGN THE FORM AND RETURN TO THE COURTROOM.


_____
Jury Foreperson

Case 2:07-cv-00273-WKW-CSC   Document 42   Filed 07/14/2008   Page 4 of 4

{L0037440.1}