IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MILISSA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-0273-WKW |
| | ) | |
| FLYING J, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the defendant's Motion in Limine (Doc. # 44), it is ORDERED that the plaintiff shall file a response in writing **on or before July 23, 2008**.

DONE this 15th day of July, 2008.

          /s/  W.  Keith Watkins
    UNITED STATES DISTRICT JUDGE