IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MILISSA JONES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:07 CV273-WKW |
| ) | |
| FLYING J, INC. ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEAL

The Plaintiff hereby gives notice of her appeal to the Court of Appeals for the Eleventh Circuit of the final order entered by this court on August 1, 2008 and of its order granting the Defendant's motion for judgment as a matter of law granted on July 29, 2008

Respectfully submitted,

*s/Adam P. Morel*
Adam P. Morel
**ATTORNEY FOR PLAINTIFF**

<u>OF COUNSEL:</u>

**LAW OFFICES OF ADAM MOREL, P.C.**
517 Beacon Parkway West
Birmingham, Alabama 35209
(205) 252-8841
(205) 252-3727 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on the following via electronic filing to:

    All counsel of record

This the 28th day of August, 2008.

                                              *s/Adam P. Morel*
                                              Of Counsel