AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Middle    District of    Alabama

Milissa Jones

V.

Flying J Inc.

## BILL OF COSTS

Case Number:  2:07cv273-WKW

Judgment having been entered in the above entitled action on ___8/1/2008___ against ___Plaintiff, Milissa Jones___ ,
the Clerk is requested to tax the following as costs:                              Date

| | |
|---|---:|
| Fees of the Clerk ................................................... | $ |
| Fees for service of summons and subpoena .............................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,557.47 |
| Fees and disbursements for printing ................................. | |
| Fees for witnesses (itemize on page two) ............................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case .............. | 1,146.55 |
| Docket fees under 28 U.S.C. 1923 ................................. | |
| Costs as shown on Mandate of Court of Appeals ....................... | |
| Compensation of court-appointed experts ............................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ...................................... | |
| TOTAL    $ | 2,704.02 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☒    Electronic service by e-mail as set forth below and/or.

☒    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:    _Olivia Regard_

Name of Attorney:    Olivia S. Regard

For:  Flying J Inc. _____    Date:    8/29/2008
                Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court                    Deputy Clerk                    Date

AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

## ITEMIZATION FOR BILL OF COSTS

1.   Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case:

     a.   Deposition of Plaintiff, Milissa Jones:   $ 752.33  (Exhibit A)

     b.   Deposition of Keith Staples   $ 805.24  (Exhibit B)

2.   Fees for exemplification and copies of papers necessarily obtained for use in the case:

     a.   In-house copies of joint exhibit binders required by Pretrial Order:  $ 487.00 (.20¢ per copy in-house x 2,435 pages x 2 copies= $487.00) (Exhibit C)

     b.   Outside vendor costs for additional copies of exhibit binder:  $630.07 (Exhibit D)

     c.   Outside vendor costs for copies of Plaintiff's medical records:  $29.48 (Exhibit E)

{L0037819.1}

# FREEDOM REPORTING, INC.

*367 Valley Avenue - Birmingham, AL 35209*
*Toll Free: 1-877-373-3660*
*205-397-2397 Fax: 205-397-2398*
*www.freedomreporting.com*
*Tax ID Number: 20-2776665*

Rob Worley
Jones, Walker
201 St. Charles Avenue
4th Floor
New Orleans, LA 70170

November 12, 2007

**Invoice#** 00043714

**Balance:**    $752.33

**Re:** Milissa Jones vs. Flying J., Inc.
Milissa Jones
*on* 11/08/07
*by* Sunnie E. Gillespie

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 1/2 day | 60.00 |
| Original & copy: 124 pages *AT EXPEDITED RATE* | 620.00 |
| Exhibits/B & W: 12 | 4.20 |
| Condensed/concordance(s): 1 | 10.00 |
| Depo Disk: 1 | 15.00 |
| Postage: NEXT DAY 10:30 DHL | 43.13 |

Deponent: Milissa Jones

**RUSH**

**P l e a s e   R e m i t   - - - >   Total Due:    $752.33**

*All Invoices are due within 30 days of receipt*


EXHIBIT
A

# National Court Reporting
367 Valley Avenue
Birmingham, AL 35209
(205) 252-6205     (205) 252-6392 Fax
Tax ID Number 63-1224891

Rob Worley
Jones, Walker
201 St. Charles Avenue
4th Floor
New Orleans, LA 70170

November 12, 2007

**Invoice#** 07001979

**Balance:**     $805.24

Re: Milissa Jones VS. Flying J., Inc
    Bham / 2:07CV273-WKW / Keith Staples
    on 11/09/07
    by Sunnie E Gillespie

## Invoicing Information

| Charge Description | Amount |
|---|---|
| Copy: 157 pages *AT EXPEDITED RATE* | 706.50 |
| Exhibits/B & W: 82 | 28.70 |
| Condensed/concordance(s): 1 | 8.00 |
| Depo Disc: 1 | 15.00 |
| Postage: NEXT DAY 10:30 DHL | 47.04 |

Deponent: Keith Staples

     *Read & sign sent to Keith Staples
      C/O Robert Worley,, Jr.
      Jones, Walker, Waechter
      201  St. Charles Avenue
      New Orleans, LA  70170

# RUSH

P l e a s e   R e m i t   - - - >   Total Due:     $805.24

*All Invoices are due within 30 days of receipt*


EXHIBIT
B

Cost Table Listing  --  Sorted by Cost Index                          Aug 20 2008  15:52:46     Page    1

| Index | Loc | Matter | TKeeper | Date_Disbsd | Quantity | Rate_Worked | Amount | Costcode | Batch_no. | W_Period |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Status SumFlag | Author/Tax | Date_Billed | Quant_Billed | Rate_Billed | Billed | Ledger | Invoice_no. | I_Period |
| 5392327 | 04 | 110380-00 | 90 0502 | 07/14/2008 | 884.00 | .20 | 176.80 | PC | 101065 | 0708 |
| | | B      N | | 08/15/2008 | 884.00 | .20 | 176.80 | SCOST | 433044 | 0808 |
| 5748513 | | 1 | COPY SERVICES - 884 PAGES COPIED | | | | | | | |
| 5392345 | 06 | 110380-00 | 90 0445 | 07/14/2008 | 6.00 | .20 | 1.20 | PC | 101065 | 0708 |
| | | B      N | | 08/15/2008 | 6.00 | .20 | 1.20 | SCOST | 433044 | 0808 |
| 5748531 | | 1 | COPY SERVICES - 6 PAGES COPIED | | | | | | | |
| 5392387 | 04 | 110380-00 | 90 0502 | 07/14/2008 | 434.00 | .20 | 86.80 | PC | 101065 | 0708 |
| | | B      N | | 08/15/2008 | 434.00 | .20 | 86.80 | SCOST | 433044 | 0808 |
| 5748573 | | 1 | COPY SERVICES - 434 PAGES COPIED | | | | | | | |
| 5396409 | 04 | 110380-00 | 90 0502 | 07/17/2008 | 9.00 | .20 | 1.80 | PC | 101197 | 0708 |
| | | B      N | | 08/15/2008 | 9.00 | .20 | 1.80 | SCOST | 433044 | 0808 |
| 5752650 | | 1 | COPY SERVICES - 9 PAGES COPIED | | | | | | | |
| 5397430 | 04 | 110380-00 | 90 0502 | 07/18/2008 | 68.00 | .20 | 13.60 | PC | 101220 | 0708 |
| | | B      N | | 08/15/2008 | 68.00 | .20 | 13.60 | SCOST | 433044 | 0808 |
| 5753810 | | 1 | COPY SERVICES - 68 PAGES COPIED | | | | | | | |
| 5397449 | 04 | 110380-00 | 90 0502 | 07/18/2008 | 2.00 | .20 | 0.40 | PC | 101220 | 0708 |
| | | B      N | | 08/15/2008 | 2.00 | .20 | 0.40 | SCOST | 433044 | 0808 |
| 5753829 | | 1 | COPY SERVICES - 2 PAGES COPIED | | | | | | | |
| 5397460 | 04 | 110380-00 | 90 0278 | 07/18/2008 | 870.00 | .20 | 174.00 | PC | 101220 | 0708 |
| | | B      N | | 08/15/2008 | 870.00 | .20 | 174.00 | SCOST | 433044 | 0808 |
| 5753840 | | 1 | COPY SERVICES - 870 PAGES COPIED | | | | | | | |
| 5397463 | 04 | 110380-00 | 30 9195 | 07/18/2008 | 160.00 | .20 | 32.00 | PC | 101220 | 0708 |
| | | B      N | | 08/15/2008 | 160.00 | .20 | 32.00 | SCOST | 433044 | 0808 |
| 5753843 | | 1 | COPY SERVICES - 160 PAGES COPIED | | | | | | | |
| 5397465 | 04 | 110380-00 | 90 0502 | 07/18/2008 | 2.00 | .20 | 0.40 | PC | 101220 | 0708 |
| | | B      N | | 08/15/2008 | 2.00 | .20 | 0.40 | SCOST | 433044 | 0808 |
| 5753845 | | 1 | COPY SERVICES - 2 PAGES COPIED | | | | | | | |

Totals:                                              2435.00                487.00
                                                     2435.00                487.00


9 Records Selected


EXHIBIT
tabbies
C

**Pro-Legal Copies, Inc.**
600 Jefferson St Suite A
Lafayette, LA 70501
(337) 233-1646 FAX (337) 233-1648
FEDERAL ID# 20-3729416

# Invoice

Customer No.:   JONES
Invoice No.:   7153

Bill To:                                               Ship To:

**Jones, Walker, Waechter, Poitevent,**          **Beverley**
Carrere & Denegre, L.L.P.
500 Dover Blvd Suite 120
Lafayette, LA 70503-5269

| Date | Purchase Order Number | Terms |
|---|---|---|
| 07/22/08 | 110380-00 | Net 30 |

| Quantity Required | Quantity Shipped | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 2945 | 2945 | 11 | LITIGATION FILE COPIES | 0.11 | 323.95 |
| 3 | 3 | NB4 | 4" 3-RING NOTEBOOK | 19.99 | 59.97 |
| 474 | 474 | PTABS | MYLAR TABS | 0.27 | 127.98 |
| 615 | 615 | S1 | SCANS | 0.10 | 61.50 |
| 1 | 1 | CD | CD CREATION | 10.00 | 10.00 |

|  |  |
|---|---|
| Invoice subtotal | 583.40 |
| Sales tax @ 8.000% | 46.67 |
| Invoice total | 630.07 |



EXHIBIT
D

Thank You!                          Signature_____

# INVOICE

## ACTON
### CORPORATION
The Release of Information Specialists

### Medical Record Requestor

Jones Walker
500 Dover Blvd. Ste 120
Lafayette LA 70503-5269

Olivia Regard

| Invoice Number | 257709 |
|---|---|
| Invoice Date | 1/24/2008 |
| Invoice Due Date | 2/24/2008 |
| Your Reference # | |

### Patient's Name

Milissa Jones

### Records Requested From

Physicians For Women

| Release of Information Item | | Price |
|---|---|---|
| 23 | Pages Copied | $23.00 |
| | Alabama Processing Fee | $5.00 |
| | Postage | $1.48 |
| | 0 | $0.00 |
| | | $0.00 |
| | | $0.00 |

| Subtotal | $29.48 |
|---|---|
| Amount Paid | $0.00 |
| Amount Due | **$29.48** |

### Comments

### TAX ID NUMBER
## 72-1355541



1-205-981-4534

All charges are regulated by state law where applicable. A late fee service of 1.5% per month (18% annual rate) will be made against all total fees not paid on or before the invoice due date. All costs of collections will be borne by requestor.

---

↑Detach and mail this portion with your check to Acton Corporation↑

| Invoice Number | Amount Due |
|---|---|
| 257709 | $29.48 |

### Medical Record Requestor

Jones Walker

### Invoice Due Date

2/24/2008

Please Make Checks Payable to:

## ACTON
### CORPORATION
P.O. Box 380213
Birmingham, AL 35238-0213


EXHIBIT
E

To pay by credit card call 1-205-981-4534

### TAX ID NUMBER
## 72-1355541

